**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To: All Counsel of Record

Issued By: Judge Robert R. Summerhays

Re: United States v. David Courvelle
Criminal Case Number 6:25-cr-354

Date: December 18, 2025

## MINUTE ENTRY

An initial appearance and guilty plea hearing in the above-referenced matter is set for Monday, December 29, 2025 at 10:00 a.m.