RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 29 2025

DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 6:25-CR-00354 |
| | * | |
| VERSUS | * | JUDGE SUMMERHAYS |
| | * | |
| DAVID COURVELLE | * | MAGISTRATE JUDGE AYO |

## WAIVER OF INDICTMENT

The defendant, **DAVID COURVELLE**, has been accused of a violation of Title 18, United States Code Section 2243(b), Sexual Abuse of a Ward or Individual in Federal Custody, a felony. The defendant has been furnished a copy of the bill of information, discussed it with their attorney, and states as follows:

1. I have been advised of the nature of the charge, the proposed Bill of Information, and my rights. These rights include a constitutional right to be charged by an indictment of a grand jury, composed of at least sixteen (16) and not more than twenty-three (23) persons, and that at least twelve (12) members must find that there is probable cause to believe that I committed the crime now charged before they may indict me.

2. I understand that the grand jury might or might not indict me, and if I waive indictment by the grand jury, this case will proceed against me on the United States Attorney's Bill of Information, just as though I had been indicted.

3. I hereby waive prosecution by indictment and consent that the proceeding against me may proceed by Bill of Information rather than indictment.

The foregoing Waiver of Indictment has been read, understood, and signed:

Dated: 12/29/25

ELBERT LEE GUILLORY, LA Bar 17622
633 E. Landry Street
Opelousas, Louisiana 70570
Telephone: (337) 942-6328
Counsel for the Defendant

Dated: 12-29-25

DAVID COURVELLE
Defendant