RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 29 2025

DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.:6:25-CR-00354 |
| | * | |
| VERSUS | * | JUDGE SUMMERHAYS |
| | * | |
| DAVID COURVELLE | * | MAGISTRATE JUDGE AYO |

### STIPULATED FACTUAL BASIS FOR GUILTY PLEA

NOW INTO COURT, comes the United States Attorney for the Western District of Louisiana, through the undersigned Assistant United States Attorney, and the defendant, DAVID COURVELLE ("COURVELLE"), represented by his undersigned counsel, Mr. Elbert Lee Guillory, and for the purposes of providing the Court with a factual basis for a plea agreement pursuant to Rule 11(b)(3) of the Federal Rules of Criminal Procedure, hereby stipulate as follows:

Between January 1, 2025, and July 30, 2025, COURVELLE served as a Contract Detention Officer (CDO) at the South Louisiana ICE Processing Center (SLPC) located in Basile, Louisiana. The SLPC is considered a "prison" as defined by 18 U.S.C. § 1791(d)(4). Specifically, the SLPC is a federal immigration detention facility where people believed to be unlawfully present in the United States are detained primarily pending deportation or the resolution of immigration cases they may have pending. The detainees at SLPC, like victim C.H., are held in custody by direction of the Attorney General or pursuant to a contract with the Attorney General. COURVELLE's duties included maintaining the custody of, supervising, and disciplining the detainees at SPLC.

Beginning around January 1, 2025, COURVELLE, while a CDO at SLPC, began a personal and romantic relationship with victim C.H., a female ICE detainee and Nicaraguan national. Victim C.H. was being held as a ward of the SLPC on an immigration-related matter. As a CDO, Courvelle had authority and control over victim C.H.

During the time period of around May of 2025, and until July 30, 2025, COURVELLE and victim C.H. participated in sexual contact on multiple occasions. This sexual contact occurred during their personal and romantic relationship and was not forced. Victim C.H. performed oral sex on COURVELLE, and COURVELLE penetrated the genital opening of victim C.H. by hand or finger. COURVELLE also smuggled gifts such as food, jewelry, letters and pictures of C.H.'s daughter into the SLPC and gave them to victim C.H. COURVELLE and Victim C.H. also spoke by phone about their sexual relationship.

During these sexual encounters, in order to avoid detection, COURVELLE arranged for other detainees to serve as "lookouts" that watched for anyone that might come near or disrupt his physical encounters with victim C.H. COURVELLE directed these lookouts to be positioned near the janitorial closet in the Delta dormitory at the times COURVELLE and victim C.H. would meet and engage in sexual contact.

On or about July 16, 2025, SLPC staff observed COURVELLE and victim C.H. coming out of a janitorial closet in the Delta dormitory after a sexual encounter. SLPC management responded by immediately transferring COURVELLE to a

different unit. On July 30, 2025, COURVELLE resigned from his position upon learning that SLPC management had obtained recordings of calls between COURVELLE and victim C.H.

On or about September 12, 2025, COURVELLE participated in a voluntary interview with agents of the ICE Office of the Inspector General. COURVELLE began the interview by falsely denying his romantic and sexual encounters with victim C.H. However, about half an hour into the interview, COURVELLE admitted that he had had a romantic relationship with victim C.H. and that the relationship included sexual contact as described above.

Finally, the parties stipulate and agree that the offenses occurred within the Western District of Louisiana.

12-29-25
Date

DAVID COURVELLE
*Defendant*

12/29/25
Date

ELBERT LEE GUILLORY, LA Bar 17622
633 E. Landry Street
Opelousas, LA 70570
Telephone: (337) 942-6328
Counsel for Defendant

ZACHARY A. KELLER
United States Attorney

12/25/25
Date

THOMAS A. JOHNSON, VA Bar No. 89295
MYERS P. NAMIE, LA Bar No. 29359
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618