RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 2 9 2025

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 6:25-CR-00354 |
| | * | |
| VERSUS | * | JUDGE SUMMERHAYS |
| | * | |
| DAVID COURVELLE | * | MAGISTRATE JUDGE AYO |

<u>ELEMENTS OF OFFENSE</u>

COUNT 1
SEXUAL ABUSE OF A WARD
OR INDIVIDUAL IN FEDERAL CUSTODY
(18 U.S.C. § 2243(b))

Title 18, United States Code, Section 2243(b), makes it a crime for anyone to knowingly engage in a sexual act with another person who is in official detention and under the custodial, supervisory, or disciplinary authority of the person so engaging. For you to find the defendant guilty of this crime, you must be convinced that the government has proved each of the following beyond a reasonable doubt:

*First*: That the defendant knowingly engaged in a sexual act with the victim;

*Second*: At the time, the victim was in official detention at the South Louisiana ICE Processing Center;

*Third*: At the time, the victim was under the custodial, supervisory, or disciplinary authority of the defendant; and

*Fourth*: That the defendant's actions took place within a federal prison, institution or facility, that is, the South Louisiana ICE Processing Center, which is managed by GEO Group pursuant to a contract with Immigration and Customs Enforcement, an agency of the United States.

In this case, the term "sexual act" means (A) contact between the mouth and the penis; and (B) the penetration, however slight, of the genital opening of another by a hand or finger, with an intent to arouse or gratify the sexual desire of any person.

## II.
## VENUE
### [18 U.S.C. § 3237(a)]

If the case were to proceed to trial, the government would also have the burden of proving proper venue - that is the government would have to prove by a preponderance of the evidence that the offense was begun, continued, or completed in one of the Parishes that make up the Western District of Louisiana.

The foregoing elements of offense have been read, understood, and signed:

Dated: 12/29/25

*[signature]*
ELBERT LEE GUILLORY
Counsel for the defendant
633 E. Landry Street
Opelousas, Louisiana 70570
Telephone: (337) 942-6328

Dated: 12-29-25

*[signature]*
DAVID COURVELLE
Defendant